# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| AARON JEWANN ROBINSON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-53 |
| v. | |
| CO JAVAKA JOHNSON; WARDEN JAMES DEAL; and CO HUGGINS, | |
| Defendants. | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 22). No party to this action filed Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Warden Deal. Plaintiff's claims against Defendants Johnson and Huggins remain pending. (Doc. 23.)

**SO ORDERED**, this 22nd day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA