IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| AARON JEWANN ROBINSON,<br><br>      Plaintiff,<br><br>     v.<br><br>JAVAKA JOHNSON; and CO HUGGINS,<br><br>      Defendants. | CIVIL ACTION NO.: 6:19-cv-53 |

**O R D E R**

On March 16, 2021, Defendants filed their Motion for Partial Summary Judgment, arguing Plaintiff cannot recover compensatory or punitive damages under 42 U.S.C. § 1997e(e) (the Prison Litigation Reform Act or "PLRA"). However, on April 9, 2021, the Eleventh Circuit Court of Appeals issued its decision in Hoever v. Marks, 993 F.3d 1351 (11th Cir. 2021), overturning previous Circuit precedent and holding the PLRA permits claims for punitive damages without a showing of physical injury. In light of the Eleventh Circuit's ruling in Hoever, Defendants are **ORDERED** to submit supplemental briefing on whether they still argue they are entitled to summary judgment on any claims Plaintiff has for compensatory or punitive damages. Defendants' briefing must be submitted with 14 days of this Order.

**SO ORDERED**, this 7th day of May, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA