**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

AARON JEWAN ROBINSON,

        Plaintiff,

    v.

JAVAKA JOHNSON; and CO HUGGINS,

        Defendants.

CIVIL ACTION NO.: 6:19-cv-53

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  (Doc. 70.)  Plaintiff did not file Objections; however, he filed a Response, in which he states he "does not dispute anything the [Magistrate] Judge recommended" and "accept[s] the [Magistrate Judge's] Report[] and Recommendation[]." (Doc. 72, p. 1.)  Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion for Partial Summary Judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.  Plaintiff's claims for punitive and nominal damages remain pending.

    **SO ORDERED**, this 15th day of November, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA